# United States District Court

**SOUTHERN** DISTRICT OF **NEW YORK**

HSBC BANK USA, as lender and as collateral agent
for itself and Bank of Baroda,

Plaintiff,

V.

SILVERLINE TECHNOLOGIES INC., a/k/a Silverline Technologies, Inc., SILVERLINE TECHNOLOGIES LIMITED, SILVERLINE TECHNOLOGIES (CANADA) INC., SILVERLINE TECHNOLOGIES UK LIMITED, SERANOVA, INC., and RAVI SUBRAMANIAN,

Defendants.

## CERTIFICATION OF JUDGMENT FOR REGISTRATION IN ANOTHER DISTRICT

Case Number:  02 CV 4007 (LLS)

U.S.D.C : 06mc39
DE

I, __J. Michael McMahon__, Clerk of this United States District Court certify that the attached judgment is a true and correct copy of the original judgment entered in this action on __November 27, 2002__, as it appears in the records of this court, and that

Date

\* no notice of appeal from this judgment has been filed, and no motion of any kind listed in Rule 4(a) of the Federal Rules of Appellate Procedure has been filed

IN TESTIMONY WHEREOF, I sign my name and affix the seal of this Court on

__2/55/06__
Date

_Clerk_

(By) Deputy Clerk

---

\* Insert the appropriate language: . . . "no notice of appeal from this judgment has been filed, and no motion of any kind listed in Rule 4(a) of the Federal Rules of Appellate Procedure has been filed." . . . "no notice of appeal from this judgment has been filed, and any motions of the kinds listed in Rule 4(a) of the Federal Rules of Appellate Procedure [\*] have been disposed of, the latest order disposing of such a motion having been entered on [date]." . . . "an appeal was taken from this judgment and the judgment was affirmed by mandate of the Court of Appeals issued on [date]." . . . "an appeal was taken from this judgment and the appeal was dismissed by order entered on [date]."

[\*Note: The motions listed in Rule 4(a), Fed. R. App. P., are motions for judgment notwithstanding the verdict; to amend or make additional findings of fact; to alter or amend the judgment; for a new trial; and for an extension of time for filing a notice of appeal.]

U. S. DISTRICT COURT - DE
MISC. CASE # 06-39

U.S. DISTRICT COURT
FILED
NOV 26 2002
S.D. OF N.Y.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DOC # 40

HSBC BANK USA, as lender and as collateral agent for itself and Bank of Baroda,

          Plaintiff,

vs.

SILVERLINE TECHNOLOGIES INC., a/k/a Silverline Technologies, Inc., SILVERLINE TECHNOLOGIES LIMITED, SILVERLINE TECHNOLOGIES (CANADA) INC., SILVERLINE TECHNOLOGIES UK LIMITED, SERANOVA, INC., and RAVI SUBRAMANIAN,

          Defendants.

02 CV 4007 (LLS)

**STIPULATED ORDER AND JUDGMENT**

#02, 2470

    WHEREAS, plaintiff HSBC Bank USA, as lender and as collateral agent for itself and Bank of Baroda ("HSBC") and defendants have, on the terms set forth in a document entitled "Settlement Terms" dated September 18, 2002 (the "Settlement Terms"), settled this action and HSBC's motion for possession of its collateral pledged by defendants Silverline Technologies Inc. and Seranova, Inc., such collateral being described in Exhibits E, F, J, and K to the Complaint ("Collateral").

    WHEREAS, based upon all pleadings, motion papers, and evidence introduced at trial in this action, it is hereby:

    STIPULATED, ORDERED and ADJUDGED, that HSBC, recover from defendants Silverline Technologies Inc., Silverline Technologies Limited, Silverline

NYC-Doc # 259396.1\Mjd \00903\01121

Technologies (Canada) Inc., Silverline Technologies UK Limited, Seranova, Inc., and Ravi Subramanian, jointly and severally, the principal sum of $27,143,441.24 together with unpaid interest thereon through the date of entry hereof at the rate specified in the promissory not attached to the Complaint as Ehxibit B in the amount of $ — 0 — (such amount to be inserted by the Clerk of the Court upon HSBC's showing of interest due), and attorneys' fees and disbursements in the amount of $351,722.85 amounting in all to $27,495,164.09 (such amount to be inserted by the Clerk of the Court), and that HSBC have execution therefor; and it is further

STIPULATED, ORDERED and ADJUDGED, that HSBC's motion for possession of the Collateral is granted, and the defendants shall immediately deliver possession of all of the Collateral in place to HSBC upon notice of filing this Stipulated Order and Judgment; and it is further

STIPULATED, ORDERED and ADJUDGED, that the defendants' counterclaims against HSBC are dismissed in their entirety, with prejudice and on the merits.

Dated: New York, New York
September 18, 2002

PHILLIPS, LYTLE, HITCHCOCK,
BLAINE & HUBER LLP

By: David J. McNamara, Esq.
Attorneys for Plaintiff
437 Madison Avenue, 34th Floor
New York, New York 10022
(212) 759-4888

WINDELS MARX LANE & MITTENDORF, LLP

By: Craig Murphy, Esq.
Attorneys for Defendants
156 West 56th Street
New York, NY 10019
(212) 237-1000

SO ORDERED:

Louis L. Stanton    9/18/02
U.S.D.J.

Plaintiff's Address:
HSBC Bank USA
8 East 40th Street
New York, New York 10016

Defendant's Addresses:
Silverline Technologies Inc.
a/k/a Silverline Technologies, Inc.
53 Knightsbridge Road
Piscataway, New Jersey 08854

Silverline Technologies Limited
1705/06 Maker Chamber V
Nariman Point
700021 Mumbai
Maharajhtra, India

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON 11/27/02

A TRUE COPY
J. MICHAEL McMAHON, CLERK
BY _____
DEPUTY CLERK

NYC Doc # 259396.1\Mjd \00903\01121

Silverline Technologies (Canada) Inc.
439 University Avenue, Suite 781
Toronto, Ontario M5 G1 YB
Canada

Silverline Technologies UK Limited
Abbey House
18-24 Stone Road, Slough
Berkshire, SL2 5AG
England W1Y 5AF

Seranova, Inc.
499 Thornall Street
Edison, New Jersey 08837

Ravi Subramanian
216 Mountain Blvd.
Watchung, NJ 07069

NYC Doc # 259396.1\Mjd \00903\01121